In the Matter of Supplementary Proceedings: CONLEW, INC., Judgment Creditor, Appellant, v. MOE GALE, Judgment Debtor, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present —. Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFREDO S. G. TAYLOR and Others, Respondents, v. WILLIAM S. MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of PIETRO ANGELORA and Others, Petitioners, Appellants, against PAUL J. KERN, President, and Others, Commissioners, Constituting the Municipal Civil Service Commission for the City of New York, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. [177 Misc. 803.]

ALFONSE CRISCUOLO, Appellant, v. BERMAN FISH CO., INC., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of FULTON TRUST COMPANY OF NEW YORK, as Temporary Administrator, etc., of LUCY WORTHAM JAMES, Deceased, and to Fix the Compensation of Its Attorneys. In the Matter of the Judicial Settlement of the Account of Proceedings of FULTON TRUST COMPANY OF NEW YORK and Others, as Executors, etc., of LUCY WORTHAM JAMES, Deceased, and to Fix the Compensation of Their Attorneys. MARGARET WALTENSPIEL and Others, Petitioners, Respondents; GAREY & GAREY, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements to the petitioners, respondents, with leave to Garey & Garey to answer within five days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROSEHILL REALTY CORP., Respondent, v. JAMES J. SEXTON and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

H. BERNARD LEVINE, Appellant, v. OBERMAN AND COMPANY, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

In the Matter of the Application of O'CONNOR LONG ISLAND PROPERTIES CORP., Petitioner, Respondent, Appellant, against HENRY E. BRUCKMAN and Others, Appellants, Respondents.— Order unanimously affirmed, with leave to the defendants to serve their return within ten days after service of order. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

HARRY BRENNER, Appellant, Respondent, v. SAMUEL STRASBOURGER and Another, Respondents, Appellants.— Orders unanimously affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.